**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| RICHARD CLAY MOON ) | CASE: G18-21030-JRS |
| ) | |
| ) | |
| DEBTOR ) | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**
**AND MOTION TO DISMISS CASE**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

An Employer Deduction Order for Debtor's plan payments has not yet been requested by the Debtor. The Trustee opposes the Debtor making payments directly to the Trustee and requests they be remitted by payroll deduction to ensure feasibility of the instant case.

2.

The Debtor's Schedule J reflects net income of $5,321.00 per month; however, Debtor's plan proposes to pay only $2,611.00 per month thus indicating a lack of good faith pursuant to 11 U.S.C. Sections 1325(a)(3) and 11 U.S.C. Section 1325(b)(1)(B).

3.

The Debtor's Schedule J fails to include expenses for food, clothes, personal care, medical bills and gas, thereby rendering the proposed Chapter 13 plan payment to be infeasible in violation of 11 U.S.C. Section 1325(a)(6).

4.

The plan fails to treat 1st Franklin Financial and Wells Fargo in violation of 11 U.S.C. Section 1322(a) and/or 11 U.S.C. Section 502(a).

      WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 6th day of July, 2018.

                                              Respectfully submitted,

                                              /s/_____
                                              Eric W. Roach
                                              Attorney for the Chapter 13 Trustee
                                              State Bar No. 143194

# CERTIFICATE OF SERVICE

Case No: G18-21030-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s)**
RICHARD CLAY MOON
4092 TALMO ROAD
TALMO, GA  30575

**Attorney for the Debtor(s):**
JEFFREY FIELD & ASSOCIATES
342 NORTH CLARENDON AVE
SCOTTDALE, GA  30079

This the 6th day of July, 2018.

/s/_____
Eric W. Roach
Attorney for the Chapter 13 Trustee
State Bar No. 143194
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303